# United States District Court
## Western District of North Carolina
## Statesville Division

| | | |
|---|---|---|
| Donald Honaker**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 5:17-cv-00171-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| Nancy A. Berryhill**,** | ) | |
| | ) | |
| Defendant, | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 7, 2018 Order.

May 7, 2018

Frank G. Johns, Clerk
United States District Court